1  RICHARD R. RUGGIERI, ESQ. (Bar No. 087670)
   Courthouse Square
2  1000 Fourth Street, Suite 785
   San Rafael, CA 94901-3120
3  Tel: 415-457-9382
   Fax: 415-457-9399
4
   Attorneys for plaintiff Brandon James
5  Maxfield, a minor, by and through his
   guardian ad litem, Susan Stansberry
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO

11 BRANDON JAMES MAXFIELD, A       )
   MINOR, BY AND THROUGH HIS       )
12 GUARDIAN AD LITEM, SUSAN        ) No. C-03-02762 SI
   STANSBERRY                      )
13                                 )
                                   ) STIPULATION FOR TRANSFER
14         Plaintiff(s),            ) OF VENUE
                                   )
15 vs.                             )
                                   )
16 BRYCO ARMS, ET AL.              )
                                   )
17         Defendant(s).           )
                                   )
18 ──────────────────────────────  )

19

20

21      The parties to this action do hereby stipulate to entry of an order transferring venue of

22 this action to the United States District Court for the Middle District of Florida, Jacksonville

23 Division, to be referred to the Bankrupcy Court in which defendants' consolidated bankruptcy

24 cases are pending.

25

26

27

28
                                         1
                          STIPULATION FOR TRANSFER OF VENUE

```
 1  DATED: 12/1/03              By: _____
 2                                  Richard R. Ruggieri, Esq.
                                    Attorneys for plaintiff Brandon James
 3                                  Maxfield, a minor, by and through his
                                    guardian ad litem, Susan Stansberry
 4
 5  DATED: 11/18/03             By: _____
 6                                  Michael C. Hewitt, Esq.
                                    Attorneys for defendants Bruce Jennings,
 7                                  Bryco Arms, B.L. Jennings, Inc., RKB
                                    Investments, and Bruce Jennings and Janice
 8                                  Jennings as trustees of the Rhonda Jennings,
                                    Kimberly Jennings, and Bradley Jennings
 9                                  California and Nevada trusts.
10
...
28
```

STIPULATION FOR TRANSFER OF VENUE